UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
SECOND DIVISION

Case Type: Civil
Court File No. 00-519PAM/JGL

Lyon Financial Services, Inc., a Minnesota corporation, d/b/a BCL Capital f/k/a Business Credit Leasing with its principal offices at Marshall, MN

Plaintiff,

vs.

STIPULATION & ORDER FOR DISMISSAL AS TO SUN COMMUNITY BANCORP LTD.

Xerox Corporation, a New York corporation; University of Southern California, a California not for profit corporation; Donald R. Ostergard, MD, individually; St. John's Regional Medical Center, a California corporation; Tucson Cardiothoracic Surgeons, PC an Arizona professional corporation; Sun Community Bancorp, Ltd., an Arizona corporation,

Defendants.

The below parties, by and through their undersigned counsel hereby stipulate and agree as follows:

1. The parties stipulate that the above action may be dismissed with respect to Sun Community Bancorp, Ltd. pursuant to Fed. R. Civ. P. 41 with prejudice and without costs or fees to either party.

LYON FINANCIAL SERVICES, INC.

BY: ______________________
John D. Docken
Corporate Attorney
115 West College Drive
Marshall, MN 56258
Atty. Reg. No. 171116

SUN COMMUNITY BANCORP, LTD

BY: ______________________
Patrick R. Sturm
Associate Counsel
2777 E Camelback Road
Phoenix, AZ 85016
CA Bar No. 193501

FILED MAY 10 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

NOW THEREFORE, pursuant to the above stipulation of the parties, IT IS HEREBY ORDERED:

That Sun Community Bancorp, Ltd is dismissed from the above-entitled action with prejudice and without costs or fees to either party.

Dated this 9th day of May, 2000.

Judge of United States District Court

sunbankdismissal.doc